# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 1:97-cr-00008-MP-GRJ

MARAM R. CAMPBELL,

    *Defendant.*

_____/                    **O R D E R**

Pursuant to N.D. Fla. Loc. R. 72.3, and by the consent of Defendant, this matter was referred to the Magistrate Judge for the taking of a guilty plea. ECF No. 27.  This cause now comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 3, 2016. ECF No. 33. Pursuant to the Report and Recommendation, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11,

IT IS ORDERED:

1.    The Report and Recommendation of the Magistrate Judge, ECF No. 33, is accepted and incorporated herein by reference.

2.    The Court accepts the guilty plea of defendant, Maram R. Campbell, withholds formal adjudication at this time, and directs the clerk to set sentencing by separate notice.

**SO ORDERED on August 8, 2016.**

           **s/Mark E. Walker**
           **United States District Judge**